Certificate Number: 14912-FLM-DE-037408471

Bankruptcy Case Number: 23-01149



14912-FLM-DE-037408471

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2023</u>, at <u>1:07</u> o'clock <u>PM EDT</u>, <u>Sean Christie</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Florida</u>.

Date:  <u>May 7, 2023</u>

By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>